**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| EWING INDUSTRIES CORPORATION, a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>BOB WINES NURSERY, INC. and ROBERT L. WINES, JR.<br><br>    Defendant. | Case No. 3:13-cv-931-J-39JBT |

## JOINT NOTICE OF SETTLEMENT

**NOW COME** Defendants BOB WINES NURSERY, INC. and ROBERT L. WINES, JR. and Plaintiff EWING INDUSTRIES CORPORATION ("the Parties") and hereby give notice to this Court that they have reached a settlement agreement. The Parties will file a Stipulation of Dismissal once they have executed formal settlement documents. The Parties request that this Court stay Defendants' pending Motion for Summary Judgment (Dkt. # 70) and Plaintiff's pending Partial Motion for Summary Judgment (Dkt. # 80) until then.

                    Respectfully submitted,

| | |
|---|---|
| /s/ Yesha Sutaria | /s/ Phillip A. Bock |
| Eric L. Samore, Esquire | Phillip A. Bock |
| Yesha Sutaria, Esquire | Bock & Hatch LLC |
| SmithAmundsen LLC | 134 N. LaSalle St. Suite 1000 |
| 150 N. Michigan Avenue, Suite 3300 | Chicago, IL 60602 |
| Chicago, Illinois 60606 | (312) 658-5500 |
| Tel: (312)894-3200 | |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Notice of Settlement has been filed and served electronically on this 6th day of April, 2016 via the Court's ECF system on all counsel of record.

                                                   s/ Yesha Sutaria
                                                        Attorney