**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**EWING INDUSTRIES CORPORATION,**
a Florida corporation, individually
and as the representative of a class
of similarly-situated persons,

      Plaintiff,

v.                                 Case No. 3:13-cv-931-J-39JBT

**BOB WINES NURSERY, INC.** and
**ROBERT L. WINES,**

      Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No. 90; Stipulation) filed on May 27, 2016. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 31st day of May, 2016.

                                                   BRIAN J. DAVIS
                                                   United States District Judge

***Copies to:***

Counsel of Record

*ap*